HOWARD DRENNEN, Appellant, *v.* DANSVILLE AND MOUNT MORRIS RAILROAD COMPANY, Respondent.

Argued October 12, 1937; decided November 16, 1937.

*Austin W. Erwin* and *Angelo P. Spezzano* for appellant.
*George D. Newton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, FINCH and RIPPEY, JJ.   Dissenting: LEHMAN and LOUGHRAN, JJ.